**Order filed November 25, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00631-CV

_____

### RONALD SCOTT CATT, Appellant

### V.

### CHRISTOPHER DELOZIER, JOHN HEALEY, JR., TROY NEHLS, AND BRADLEY WICHARD, Appellee

**On Appeal from the County Court at Law #4**
**Fort Bend County, Texas**
**Trial Court Cause No. 19-CCV-064867**

## O R D E R

The clerk's record was filed September 25, 2019. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain **ORDER OF DISMISSAL SUSTAINING DEFENDANTS' MOTION TO DISMISS UNDER CHAPTER 14 OF THE TEXAS CIVIL PRACTICE AND REMEDIES CODE**, purportedly signed on May 29, 2019.

The Fort Bend County Clerk is directed to file a supplemental clerk's record on or before December 2, 2019, containing the **ORDER OF DISMISSAL SUSTAINING DEFENDANTS' MOTION TO DISMISS UNDER CHAPTER 14 OF THE TEXAS CIVIL PRACTICE AND REMEDIES CODE**, purportedly signed on May 29, 2019.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM